

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-1162-CR-MOORE/O'SULLIVAN

UNITED STATES OF AMERICA,

v.

JULIO DAVID ALFONSO and
MARCOS ENAMORADOS

_____ /

## THE UNITED STATES' INFORMATION UNDER 21 U.S.C. § 851(a)

Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851(a), the United States of America hereby files this Information seeking an enhanced penalty as to the defendant Julio David Alfonso. In support of this Information, the United States intends to rely on the following prior "felony drug offense" conviction of the defendant:

> A May 25, 1990, conviction in the District Court of Clark County, Nevada, for Trafficking in a Controlled Substance (Heroin), in violation of Nevada Revised Statutes § 453.3385, in The State of Nevada v. Julio David Alphonso, Case No. C92829A.

The Defendant is precluded from collaterally attacking the foregoing conviction by operation of 21 U.S.C. § 851(e). The United States has attached to this Information a certified copy of the foregoing "felony drug offense" conviction.

                      Respectfully submitted,

                      GUY A. LEWIS
                      UNITED STATES ATTORNEY

By: _____
                      KURT STITCHER
                      Assistant United States Attorney
                      8245 N.W. 53rd Street, Suite 101
                      Miami, Florida  33166
                      Tel: (305) 597-2084
                      Fax: (305) 597-2020

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 9th day of March, 2001, to the following counsel of record:

        Faith Mesnekoff, Assistant Federal Public Defender
        150 West Flagler Street, Suite 1500
        Miami, Florida, 33130-1555

        Monique Brochu, Esq.
        1 East Broward Boulevard, Suite 700
        Ft. Lauderdale, Florida  33301

                      _____
                      Kurt Stitcher
                      Assistant United States Attorney

# District Court

## CLARK COUNTY, NEVADA

| | |
|---|---|
| THE STATE OF NEVADA ) | |
| ) Plaintiff, ) | |
| —vs— ) | |
| ) | CASE NO. __C92829A__ |
| JULIO DAVID ALPHONSO ) | |
| ID#0773091 ) | DEPT. NO. __VII__ |
| ) Defendant. ) | |

### JUDGMENT OF CONVICTION (PLEA)

WHEREAS, on the __9th__ day of __April__, 19__90__, the defendant __JULIO DAVID ALPHONSO__, appeared before the Court herein with h__is__ counsel and entered a plea of guilty to the crime___ of __COUNT II - TRAFFICKING IN CONTROLLED SUBSTANCE (HEROIN) (F) LESSER INCLUDED OFFENSE.__

_____

_____

_____

_____

_____

_____

committed on the __3rd__ day of __October__, 19__89__, in violation of NRS __453.3385__ _____ ; and

WHEREAS, thereafter, on the __10th__ day of __May__, 19__90__, the defendant being present in Court with h__is__ counsel __MARK ANDERSON, ESQUIRE__, and __R. BEN GRAHAM__, Deputy District Attorney, also being present; the above entitled Court did adjudge defendant guilty thereof by reason of h__is__ plea of guilty and sentenced

DA-10

1  defendant to <u>in addition to the $20.00 Administrative Assessment</u>
2  <u>fee and a $50.00 Drug Analysis fee, Defendant is sentenced to</u>
3  <u>a term of three (3) years in the Nevada State Prison and fined</u>
4  <u>in the sum of fifty thousand ($50,000) dollars. It is further</u>
5  <u>ordered Defendant be given one hundred and twenty-two (122)</u>
6  <u>days credit for time served. Count I Dismissed.</u>

20  **THEREFORE**, the Clerk of the above entitled Court is hereby directed to enter this Judgment of Conviction
21  as part of the record in the above entitled matter.
22  DATED this 25 day of May, 19 90, in the City of Las Vegas, County of
23  Clark, State of Nevada.

25  DISTRICT JUDGE

28  DA#90-92829A/jh
    LVMPD DR#89-101916
    TCS - F

DA-10a