Julio D. Alfonso
Defendant,
-vs-
United States of America
Plaintiff

Case N° 00116?-CR-MOORE

(Motion for New trial)

Now comes the defendant Julio D. Alfonso, Pro se, and pursuant to F.R.C.P. (33), respectfully Moves this court for an order grating a new trial on the basis of newly discover evidence of a Constitutional Violation.

In Support thereof, defendant States:

1. On May. 03, 2001 defendant was founded guilty on counts 1, 2, 3, 4, 5, 6 and 7. At the time of trial defendant was represented by Louis Casuso.

2. Defendant Moves this Court for a new trial based on a "grave" Constitutional Violation

3. Defendant received information that before Jury's Verdict the court and the prosecutor communicated w/ the Jury outside the presence of both defendant and his counsel.

4. Defendant informed his counsel of this error however, counsel failed to response thus this Motion is filed Pro-se due to counsel ineffectiveness.



(1)

5. Pursuant to Rule 43(a) defendant presence is required at all procedings and stages when the jury is present. this right is Mandatory.² Such obsence violates both the 5th and 6th Amemdmend rights onder the U.S Constitution.²

In this case, defendant didnot Voluntery obsence himself, he didnot Waved this right³
Futher defendant's attonrney was also not present, thu denying defendant's right to effective counsel.⁴
Clearly, defendant obsence frustrated the fairness of the proceding⁵ prejudicing defendant by not being face to face with jurors.⁶

---

1. Illinois v. Aller 397 U.S. 357 (1970)
2. U.S. v. Boscaro 742 F.2d. 1335, 1349 (11th Cir 1984)
3. U.S. v. Gagen. 105 S.ct 1482 (1985)
4. U.S. v. Cronic. 104 S.ct 2039 (1984)
5. Faretta v. California. 95 S.ct 2525 (1975)
6. Lewis v. U.S. 13 S.ct 136 (1892)

Moreover, when defendant was taken by the Marshall to the courtroom, the Marshall informed defendant tha he had aldedy been found guilty. Such further evidence couple with not being present during this court's prosecutor communication with the Jury is a clearly dinial of contitutional rights and manifestly plain injustic.

Thus defendant requests an hearing to determine the affect of the Magnitude Constitutional error.

Respecfully Submitted

Julio Alfonso

Julio D. Alfonso
#66753-004
PO Box 019120
Miami FL- 33101

Copy sent to:
Kurt STITCHER
A.U.S. Attorney
8245 N.W. 53th st
Suite 101
Miami FL-33166

this 23 day of 5  2001

(2)