**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 00-1162-CR-MOORE/O'SULLIVAN

UNITED STATES OF AMERICA,

v.

JULIO DAVID ALFONSO

_____ /

**THE UNITED STATES' OBJECTIONS TO THE**
**PRESENTENCE INVESTIGATION REPORT**

Pursuant to Rule 32(b)(6) of the Federal Rules of Criminal Procedure, the United States of America respectfully submits the following objection to the Probation Officer's Presentence Investigation Report ("PSI") as to the defendant:

With respect to paragraph 73 of the PSI, the United States would note that – pursuant to the March 9, 2001, Information that the United States filed under Title 21, United States Code, Section 851(a) – the minimum term of imprisonment that the defendant faces with respect to his convictions on Counts One and Two is 20 years.

                                Respectfully submitted,

                                GUY A. LEWIS
                                UNITED STATES ATTORNEY

By:     _____
        KURT STITCHER
        Assistant United States Attorney
        8245 N.W. 53rd Street, Suite 101
        Miami, Florida 33166
        Tel: (305) 597-2084
        Fax: (305) 597-2020

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States mail this 21st day of June, 2001, to the following counsel of record:

>Louis Casuso, Esq.
>111 N.E. 1st Street, Suite 907
>Miami, Florida 33132-2517
>
>Mercedes T. Sullivan
>U.S. Probation Officer
>300 N.E. 1st Avenue, Room 315
>Miami, Florida 33132

Kurt Stitcher
Assistant United States Attorney