UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-1162-CR-MOORE

FILED by _____ D.C.
CT. REP.
SEP 2 0 2001
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. MIAMI

THE UNITED STATES OF AMERICA,
               Plaintiff

    VS.

JULIO ALFONSO,
      Defendant

- - -

SENTENCING HELD 8-2-01

BEFORE THE HONORABLE K. MICHAEL MOORE

UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

FOR THE GOVERNMENT:

KURT STITCHER, A.U.S.A.
99 N.E. 4th Street
Miami, Florida


FOR THE DEFENDANT:

LOUIS CASUSO, ESQUIRE
111 N.E. First Street
Suite 603
Miami, Florida

REPORTED BY:
PATRICIA SANDERS, RPR

Proceedings recorded by mechanical stenography, transcript produced by computer aided transcription.