UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Julio David Alfonso  (
    Petitioner  (Case; No;- 00-01162-Cr-Moore
       (
V.  (
       (
United States of America  (
    Respondent  (

**16-CV-22681 MOORE/WHITE**

FILED BY fbn
Jun 24, 2016
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

---

Motion to Preserve the issue upon the Supreme Court's Decision on Johnson V. United States 135 S .ct 2551(2015) for future Proceeding on the court

---

Now come; Petitioner; Julio David Alfonso Herein; Preceeding Pro-se Request to this Honorable Court this Motion to preserve the issue In light on the Supreme Court's decision based upon **Johnson V. United States 135 S. ct 2551(2015)** for future proceeding that movant intent to submitted to this Honorable court, See.. **United States v. hernandez 218 F3d 58,63(1th cir 2000)** cited **United States V. Taylor 54 F3d 967.975(1th cir 1995)**

    Also Petitioner ask to this honorable court to consider this Pleading under the liberal standard established by the Supreme Court in **Haines V. Kerner 404 US 519 (1972)** Pro-se Litigant are to be liberally construed and not dismissed if there is any cognizable merit any form of relief; See..**Estelle v. Gamble 429 US 97,106 (1976)**

cat/div S10/2255/MIA
Case # 00 CR 1162
Judge MOORE  Mag WHITE
Motn Ifp_____ Fee pd $_____
Receipt # _____

1

## Conclusion

Defendant; Julio David Alfonso with all Due Respect Humbly Pray to this Honorable court Deems Just and Fair to Grant this Motion to Preserve the issue as the integrity of justice required.,

Respectfully Submitted

*Julio Alfonso*
Julio David Alfonso    #    66753-004
United States Penitentiary
Coleman # 1
P.O.Box 1033
Coleman. Florida 33521

## Certificate of Service

I Julio David Alfonso; **Petitioner; Herein, Do Hereby Swear the true** Correct and copy of the foregoing Motion to Preserve the issue Was serve via placement in U.S.P. Coleman # 1 institution Mail Room To be serve to United states District Court 400 north Miami Avenue To the clerk of the couert, Miami Florida 33128-7716

Serve this __19__ day of June 2016

United States District Court
Southern District of Florida
To the Clerk of the court
400 north Miami avenue
Miami Florida 33128-7716

Respectfully Submitted

*Julio Alfonso*
Julio David Alfonso ¢66753-004
United States Penitentiary
Coleman # 1
P.O.Box 1033
Coleman Florida 33521

3

Julio David Alfonso #66753004
FCC Coleman USP #1
PO Box 1033
Coleman FL. 33521

TAMPA FL 335
SAINT PETERSBURG FL
22 JUN 2016 PM 4 L

33128-771699

United States District Court
Southern District of Florida
To the Clerk of the Court
400 North Miami avenue
Miami Florida, 33128-7716

2016 JUN 21  AM 11 13

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING
TO YOU. THE LETTER HAS BEEN NEITHER OPENED
NOR INSPECTED. IF THE WRITER RAISES A
QUESTION OR PROBLEM OVER WHICH THIS
… HAS JURISDICTION, YOU MAY WISH TO
… RIAL IOR FURTHER